In the Matter of the Accounting of GEORGETTE G. V. FAHNESTOCK et al., as Executors, and of HARRIS FAHNESTOCK, JR., et al., as Trustees under the Will of HARRIS FAHNESTOCK, Deceased, Respondents. GEORGETTE G. V. FAHNESTOCK et al., Respondents; HARRIS FAHNESTOCK, JR., et al., Appellants.

Argued October 4, 1948; decided October 14, 1948.

649

*William E. Jackson, Jr.,* for appellants.

*Joseph Lorenz* for Georgette G. V. Fahnestock, respondent.

*Louis Mishell,* special guardian, for Alice P. Fahnestock et al., respondents.

Order affirmed, with costs to all parties appearing separately and filing separate briefs payable out of the estate; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.